IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK BAILEY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *   Case No. 2:05cv1061-F |
| | *   Plaintiff Demands Jury Trial |
| MILTOPE CORPORATION, | * |
| | * |
| Defendants. | * |

### DEMAND FOR JURY TRIAL

Please take notice that Plaintiff, PATRICK BAILEY, demands trial by jury of all of the issues in this cause.

DATED this the __1__ day of __Nov_____, 2005.

_____
Derrick Blythe [BLY003]
Attorney for Plaintiff
126 Marshall Street
Alexander City, Alabama 35010
(256) 234-4101