UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **PATRICK BAILEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 2:05-CV-1061-MEF-DRB |
| v. ) | |
| ) | |
| **MILTOPE CORPORATION,** ) | |
| ) | |
| **Defendant.** ) | |

### NOTICE OF CORPORATE DISCLOSURE

Pursuant to Fed. R. Civ. Proc. 7.1(a), defendant Miltope Corporation ("Miltope") files the following corporate disclosure statement:

1. Miltope is a wholly-owned subsidiary of Vision Technologies Kinetics, which is a privately-held holding company.

2. No publicly held corporation owns 10 percent or more of Miltope's stock.

Dated this 28th day of November, 2005.

        s/David W. Proctor
        David W. Proctor (ASB-3254-P74D)
        E-mail: dwp@jbpp.com

        s/Jennifer F. Swain
        Jennifer F. Swain (ASB-7761-I67J)
        E-mail: jfs@jbpp.com

        Attorneys for Defendant
        Miltope Corporation

OF COUNSEL:

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing has been served on the following counsel of record via United States Mail, postage prepaid, and via the Court's CM/ECF Electronic Filing System on this the 28th day of November, 2005:

    Derrick Blythe, Esq.
    126 Marshall Street
    Alexander City, Alabama 35010

                                        s/Jennifer F. Swain
                                        Jennifer F. Swain