IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK BAILEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No.: 2:05-cv-1061-MEF-DRB |
| MILTOPE CORPORATION, | ) ) ) |
| Defendant. | ) |

### MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Jennifer F. Swain, one of the attorneys for defendant Miltope Corporation, respectfully moves this Court for leave to withdraw as counsel of record in this action. David W. Proctor of Johnston Barton Proctor & Powell LLP will continue to serve as counsel of record for Miltope Corporation in this action. Appearing as additional counsel of record for Miltope Corporation is Heather F. Lindsay of Johnston Barton Proctor & Powell LLP.

Dated this __14__ day of July, 2006

Respectfully submitted,

_/s/ Jennifer F. Swain_
Jennifer F. Swain (ASB-7761-167J)
jfs@jbpp.com

_/s/ David W. Proctor_
David W. Proctor (ASB-3254-P74D)
dwp@jbpp.com

_/s/ Heather F. Lindsay_
Heather F. Lindsay (ASB-0629-D64H)
hfl@jbpp.com

Attorneys for Defendant Miltope Corporation

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203
(205) 458-9400
Fax: (205) 458-9500

**OF COUNSEL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK BAILEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 2:05-cv-1061-MEF-DRB |
| MILTOPE CORPORATION, | ) ) ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on July 14th, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Derrick Blythe, Esq.
126 Marshall Street
Alexander City, AL 35010

I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None

Respectfully submitted,

Jennifer F. Swain
Johnston Barton Proctor & Powell LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
Phone: (205) 458-9400
Fax: (205) 458-9500
E-mail: jfs@jbpp.com
Attorney Bar Number: ASB-7761-167J

W0564880.DOC

3