IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK BAILEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-1061-MEF |
| ) | |
| MILTOPE CORPORATION, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

Upon consideration of the Motion to Withdraw as Attorney and Substitute Counsel (Doc. #10) filed on July 14, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 18th day of July, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE