IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  |
|---|---|---|
| PATRICK BAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-1061-F |
| | ) | |
| MILTOPE CORPORATION , | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Upon consideration of the Joint Motion for Extension of Deadline Discovery and Dispositive Motion Deadlines (Doc. #12) filed on September 19, 2006, it is hereby

ORDERED that the motion is DENIED.

DONE this the 25th day of September, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE