IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 OCT -4  A 10: 09

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| PATRICK BAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CASE NO. 2:05-CV-1061-MEF-DRB |
| | ) | |
| MILTOPE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S WITNESS LIST

COMES NOW, the Plaintiff, PATRICK BAILEY, by and through his

attorney of record, Derrick Blythe, who submits the following witness list pursuant

to the Court's Scheduling Order, to wit:

1.  Ed Crowell
    Vice President of Personnel/Human Resources
    Miltope
    500 Richardson Road South
    Hope Hull, Alabama 36043

2.  Dee Colter
    Human Resources/Benefits Manager
    Miltope
    500 Richardson Road South
    Hope Hull, Alabama 36043

3.  Gabriel Riesco, Jr.
    2055 Briarwood Street
    Prattville, Alabama 36066

4.  William Burkhead
    3621 Jackson Road
    Millbrook, Alabama 36054

5.      Lee Butler
        unknown at this time

6.      Brian Gogg
        Miltope
        500 Richardson Road South
        Hope Hull, Alabama 36043

7.      Melanie Orr
        NAVICP
        address not available at this time

8.      Dr. Vincent Law
        Temple Medical Center
        1120 Airport Drive
        Alexander City, Alabama 35010

9.      Hospice Workers
        unknown to us at this time

    10.    Those individuals listed in the pretrial disclosures number 2, (a)
through (i).

    11.  Other individuals who are currently unknown to the Plaintiff at this
time, who possess material or relevant information in regards to the
Plaintiff's claim, and who will be identified when so determined by the Plaintiff.

    DATED this the ___3___ day of ___Oct._____, 2006.

_____
Derrick Blythe - [ASB-8223-B58B]
Attorney for Plaintiff
126 Marshall Street
Alexander City, AL  35010
(256) 234-4101

<u>Certificate of Service</u>

I hereby certify that I have served a copy of the foregoing document on each of the following by sending a copy of same by first class U.S. Mail, postage prepaid and properly addressed to: Johnston, Barton, Proctor & Powell, Attn.: Heather Lindsey, 2900 AmSouth/Harbert Plaza, 1901 6th Avenue North, Birmingham, Alabama 35203 on this the ___3___ day of ___Oct._____ , 2006.

Of Counsel