## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **PATRICK BAILEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **Case No.:  2:05-cv-1061-MEF-DRB** |
| | ) |
| **MILTOPE CORPORATION,** | ) |
| | ) |
| **Defendant.** | ) |

### DEFENDANT'S EVIDENTIARY MATERIALS
### IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Defendant Miltope Corporation hereby files the following evidentiary materials in support of its motion for summary judgment, filed contemporaneously herewith:

1.    Deposition of Patrick Bailey, volume 1 with attached exhibits 1-10;

2.    Deposition of Patrick Bailey, volume 2 with attached exhibits 11-14;

3.    Declaration of Edward F. Crowell, with attached exhibits A-D.

Dated the 12th day of October 2006.

_s/ Heather F. Lindsay_
Heather F. Lindsay (ASB-0629-D64H)
Johnston Barton Proctor & Powell LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone:  (205) 458-9400
Fax:  (205) 458-9500
E-Mail:  hfl@jbpp.com
_One of the Attorneys for Defendant_
_Miltope Corporation_

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Derrick Blythe, Esq.
126 Marshall Street
Alexander City, AL 35010


*s/ Heather F. Lindsay*
Heather F. Lindsay (ASB-0629-D64H)
Johnston Barton Proctor & Powell LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone:  (205) 458-9400
Fax:  (205) 458-9500
E-Mail:  hfl@jbpp.com
*One of the Attorneys for Defendant*
*Miltope Corporation*

2