IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| PATRICK BAILEY, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-1061-MEF |
| MILTOPE CORPORATION, | ) |
| Defendant. | ) |

## PLAINTIFF'S EVIDENTIARY MATERIALS IN SUPPORT OF RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW the Plaintiff in the above-styled cause and submits this his Evidentiary Submissions in Support of his Response in Opposition to Defendant's Motion for Summary Judgment.

| Exhibit A | Deposition Excerpts of Patrick Bailey dated September 29, 2006 |
| --- | --- |
| Exhibit B | Decision of Unemployment Compensation Claim, dated February 11, 2004 |
| Exhibit C | Letter from Defendant to Department of Industrial Relations |
| Exhibit D | Disallowance of Application for Leave to Appeal to the Board of Appeals, dated March 12, 2004 |
| Exhibit E | Letter from Plaintiff's Father's Physician to Defendant |
| Exhibit F | Email Communications |

DATE this the 27 day of Oct, 2006.

Derrick Blythe
ASB-8223-B58B
126 Marshall Street
Alexander City, Alabama 35010
(256) 234-4101