# Exhibit E

# Letter from Plaintiff's Father's Physician to Defendant



# TEMPLE MEDICAL CLINIC, P.C.

1120 AIRPORT DR., SUITE 102
P.O. BOX 268
ALEXANDER CITY, AL 35011
PHONE: (256) 234-4295
FAX: (256) 329-1024

JAMES P. TEMPLE, M.D.
TIMOTHY J. CORBIN, M.D.
VINCENT LAW, M.D.

November 5, 2003

RE:  Lemuel Bailey
     DOB:  5-16-19

To Whom It May Concern:

Mr. Bailey is a patient that is under my care. He has terminal illness that may require his son's assistance. Please feel free to call me for any questions.

Sincerely yours,

Vincent Law, M.D.

VL/kw