# Exhibit F

# Email Communications

Case 2:05-cv-01061-MEF-TFM    Document 22-7    Filed 10/27/2006    Page 1 of 9

# Pat Bailey

**From:** Pat Bailey [Pat.Bailey@Miltope.com]
**Sent:** Friday, November 07, 2003 10:36
**To:** streetdrummer@webshoppe.net
**Subject:** FW: LSC ORDER STATUS

-----Original Message-----
**From:** Frank Villa [mailto:lscperi@ix.netcom.com]
**Sent:** Monday, November 03, 2003 10:46 AM
**To:** Pat Bailey
**Cc:** Tangi Choice; Marcus Morrison; Lee Butler; Gabriel Riesco; Deborah Dean-Nelson; Darlene Hill; Cynthia Hill; Brian "William" Burkhead
**Subject:** LSC ORDER STATUS

Hi Pat

Attached file contains all current order and shipments made in October. Should you have any questions give me a call.

Best Regards

Frank

7/22/2004

**Pat Bailey**

**From:** Orr, Melody CIV M0142
**Sent:** Thursday, November 06, 2003 3:02 PM
**To:** streetdrummer@webshoppe.net
**Subject:** CAV

Pat,

I've completed all 25 items for you. Good luck with the DD1348s. I know for a fact that you can get to CAV from any computer, as long as you have the correct address and your userid and password. We have people in CAV that have worked from home.

The address is https://cavweb.fmso.navy.mil/

I'm sure you'll have to download plugins, and that's a real joy now. So good luck. If you have any problems, call Terry on X7659, Cindy on X7661 or Glo on X7009.

Talk to you later.

Mel

7/22/2004

## Pat Bailey

**From:** Pat Bailey [Pat.Bailey@Miltope.com]
**Sent:** Friday, November 07, 2003 10:36
**To:** streetdrummer@webshoppe.net
**Subject:** FW: LSC ORDER STATUS

-----Original Message-----
**From:** Frank Villa [mailto:lscperi@ix.netcom.com]
**Sent:** Monday, November 03, 2003 10:46 AM
**To:** Pat Bailey
**Cc:** Tangi Choice; Marcus Morrison; Lee Butler; Gabriel Riesco; Deborah Dean-Nelson; Darlene Hill; Cynthia Hill; Brian "William" Burkhead
**Subject:** LSC ORDER STATUS

Hi Pat

Attached file contains all current order and shipments made in October. Should you have any questions give me a call.

Best Regards

Frank

7/22/2004

## Pat Bailey

| | |
|---|---|
| From: | Pat Bailey [streetdrummer@webshoppe.net] |
| Sent: | Tuesday, November 18, 2003 4:43 PM |
| To: | griesco@miltope.com |
| Subject: | Please direct all communications to me |

Gabe,
   Could you please direct any future communications directly to me. I have sent a number of e-mails to Brian(no response), with cc's to you and Mr. Crowell. You have a way to contact me. Please do so.

## Pat Bailey

| | |
|---|---|
| From: | Pat Bailey [streetdrummer@webshoppe.net] |
| Sent: | Monday, November 17, 2003 4:32 PM |
| To: | Brian "William" Burkhead |
| Cc: | griesco@miltope.com; ecrowell@miltope.com |
| Subject: | o.k. |

Brian,
    Did you get the form I filled out for Family Medical Leave and turn it in? I told you it was on my desk. Remember, you told me I needed a letter from my dad's doctor? Did you get the fax/letter from Dr. Law's office? These are simple yes/no questions. Please answer by replying to this e-mail. Thanks.

Pat

## Pat Bailey

| | |
|---|---|
| From: | Pat Bailey [streetdrummer@webshoppe.net] |
| Sent: | Friday, November 14, 2003 8:08 AM |
| To: | Brian "William" Burkhead |
| Cc: | griesco@miltope.com; ecrowell@miltope.com |
| Subject: | Letter/Fax |

Hello Brian. As was requested, I had the doctors office fax the letter. Please confirm receipt of the Letter faxed from Dr. Law's office yesterday. I am not sure why it took so long to get it, but I cannot dictate their schedule. We do not know ther results of the x-rays yet. I believe another doctor is reviewing them and comparing them with the ones taken when my dad was in the hospital a few months back.
Hope all is well with everyone there. Please let me know if there is anything else you need. Thanks, Pat

1

**Pat Bailey**

**From:** Pat Bailey [streetdrummer@webshoppe.net]
**Sent:** Tuesday, November 18, 2003 4:43 PM
**To:** griesco@miltope.com
**Subject:** Please direct all communications to me

Gabe,
    Could you please direct any future communications directly to me. I have sent a number of e-mails to Brian(no response), with cc's to you and Mr. Crowell. You have a way to contact me. Please do so.

1

**Pat Bailey**

| | |
|---|---|
| From: | Pat Bailey [streetdrummer@webshoppe.net] |
| Sent: | Monday, November 17, 2003 4:32 PM |
| To: | Brian "William" Burkhead |
| Cc: | griesco@miltope.com; ecrowell@miltope.com |
| Subject: | o.k. |

Brian,
    Did you get the form I filled out for Family Medical Leave and turn it in? I told you it was on my desk. Remember, you told me I needed a letter from my dad's doctor? Did you get the fax/letter from Dr. Law's office? These are simple yes/no questions. Please answer by replying to this e-mail. Thanks.

Pat

1

**Pat Bailey**

| | |
|---|---|
| From: | Pat Bailey [streetdrummer@webshoppe.net] |
| Sent: | Friday, November 14, 2003 8:08 AM |
| To: | Brian "William" Burkhead |
| Cc: | griesco@miltope.com; ecrowell@miltope.com |
| Subject: | Letter/Fax |

Hello Brian. As was requested, I had the doctors office fax the letter. Please confirm receipt of the Letter faxed from Dr. Law's office yesterday. I am not sure why it took so long to get it, but I cannot dictate their schedule. We do not know ther results of the x-rays yet. I believe another doctor is reviewing them and comparing them with the ones taken when my dad was in the hospital a few months back.
Hope all is well with everyone there. Please let me know if there is anything else you need. Thanks, Pat

1

## Pat Bailey

**From:** Brian "William" Burkhead [BBurkhead@Miltope.com]
**Sent:** Friday, August 08, 2003 5:28 PM
**To:** pbailey@webshoppe.net
**Subject:** FW: STATUS 7-21-032REV2



STATUS
7-21-032REV2.xls

```
-----Original Message-----
From: Pat Bailey
Sent: Wednesday, July 23, 2003 9:32 AM
To: Frank Villa (E-mail)
Cc: Brian "William" Burkhead; Darlene Hill; Gabriel Riesco
Subject: STATUS 7-21-032REV2


 STATUS 7-21-032REV2
 <<STATUS 7-21-032REV2.xls>>
```

1