## Certificate of Service

      I hereby certify that I have served a copy of the foregoing document, Federal Case No. 05-1061, on each of the following by sending a copy of same by first class U.S. Mail, postage prepaid and properly addressed to Johnston, Barton, Proctor & Powell, LLP, Attn.: Heather Lindsay, 1901 Sixth Avenue North, Suite 2900, Birmingham, Alabama 35203 on this the 27th day of October, 2006.

_____
Of Counsel