**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 1, 2006

## NOTICE OF DEFICIENCY

**To:** Attorney

**From:** Clerk's Office

**Case Style:** Bailey v. Miltope Corporation

**Case Number:** 2:05cv01061-MEF

**Referenced Pleading:** Evidentiary Submission

**Docket Entry #** 22

**Notice is hereby given that the referenced deficient pleading was filed on October 27, 2006 in the above-styled case:**

**The pleading contains NO certificate of service**

**This deficiency must be corrected within ten (10) days from this date. You must file a signed certificate of service for the referenced pleading indicating this pleading has been served on the parties to this action.**

*DO NOT E-FILE YOUR CORRECTION.......IT MUST BE MAILED TO THE CLERK'S OFFICE, ALONG WITH A COPY OF THIS NOTICE.*