**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          TELEPHONE (334) 954-3600

November 3, 2006

# NOTICE OF CORRECTION

**From:**  Clerk's Office

**Case Style:**  Bailey v. Miltope Corporation

**Case Number:**  2:05cv01061-MEF

**This Notice of Correction was filed in the referenced case this date to correct the Deficiency for the PDF document previously attached to include the Certificate of Service.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 22   filed on   October 27, 2006.**