IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 JAN -9  A 9: 01

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| PATRICK BAILEY, | ) |
| Plaintiff, | ) |
| VS. | ) CASE NO. 2.05-cv-1061-MEF |
| MILTOPE CORPORATION, | ) |
| Defendant. | ) |

## PLAINTIFF'S EXHIBIT LIST

The Plaintiff, Patrick Bailey, submits the following exhibit list for trial:

### EXHIBITS

1. Faith Hospice patient information of 7/2/04.
2. E-Mail from Pat Bailey to Ed Crowell, October 23, 2003 (M# 00142)
3. E-Mail from Pat Bailey to Ed Crowell, October 27, 2003 (M# 00143)
4. Letter from Dr. Law of November 5, 2003.
5. Letter from Dr. Law of November 29, 2004.
6. E-Mail from Pat Bailey to Brian Burkhead, September 5, 2003.
7. E-Mail from Pat Bailey to Brian Burkhead, November 5, 2003.
8. E-Mail from Melody Orr to Pat Bailey, November 6, 2003.
9. E-Mail from Herb Klein to Pat Bailey, November 11, 2003.
10. E-Mail from Pat Bailey to Brian Burkhead, November 14, 2003.
11. E-Mail from Pat Bailey to Brian Burkhead, November 17, 2003.
12. E-Mail to Gabe Riesco, November 18, 2003.
13. Rate changes and Performance Appraisals cumulatively of 3/26/2003 (M# 00056), 2/12/2003 (M#00057 through 60), 2/12/2002 (M# 00064

through M# 00069).

14. Rate and Termination changes of 11/11/2003 (M# 00053).

15. Letter from Miltope January 29, 2001, (M# 00070).

16. Letter from Miltope November 13, 2003 (M# 00094 and 95)

17. E-Mail from Brian Burkhead to Dee Colter of December 2, 2003.

18. Russell Medical Center Lab report of 7/16/2003, run time 0734.

19. All pleadings to the litigation.

20. All documents and/or responses produced by the Defendant.

21. Any and all deposition testimony and other exhibits necessary for impeachment of rebuttal.

DATED this the 8 day of Jan., 2007.

_____
Derrick Blythe [BLY003]
Attorney for Plaintiff
126 Marshall Street
Alexander City, Alabama 35010
(256) 234-4101

Certificate of Service

I hereby certify that I have served a copy of the foregoing document on each of the following by sending a copy of same by first class U.S. Mail, postage prepaid and properly addressed to Johnston, Barton, Proctor & Powell, LLP, Attn.: Heather Lindsay, 1901 Sixth Avenue North, Suite 2900, Birmingham, Alabama 35203 on this the 8 day of Jan., 2007.

_____
Of Counsel