## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| PATRICK BAILEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 2:05-cv-1061-MEF-TFM |
| | ) |
| MILTOPE CORPORATION, | ) |
| | ) |
|     Defendant. | ) |

## NOTICE OF APPEARANCE

Please take notice that Justin A. Barkley of the law firm of Johnston Barton Proctor & Rose LLP, 2900 AmSouth/Harbert Plaza, 1901 Sixth Avenue North, Birmingham, Alabama 35203 hereby enters his appearance as counsel of record for defendant Miltope Corporation

                                                      /s/ *Justin A. Barkley*
                                                      Justin A. Barkley (ASB-3855-S76B)
                                                      One of the attorneys for defendant
                                                      Miltope Corporation

**OF COUNSEL:**

**JOHNSTON BARTON PROCTOR & ROSE LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone:  (205) 458-9400
Facsimile:   (205) 458-9500
Email:        jab@johnstonbarton.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Derrick Blythe, Esq.
126 Marshall Street
Alexander City, Alabama 35010


                                            /s/ Justin A. Barkley
                                            OF COUNSEL