IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PATRICK BAILEY,                    )
                                   )
    Plaintiff,                     )
                                   )
v.                                 )        CASE NO. 2:05-cv-1061-MEF
                                   )
MILTOPE CORPORATION,               )
                                   )
    Defendant.                     )

## **O R D E R**

On January 16, 2007, Defendant filed Proposed Jury Instructions (Doc. # 34). Proposed instructions are required to include citations of law by the Court's Scheduling Order (Doc. # 29) filed January 10, 2006. Defendant cited to pattern jury instructions as a whole without reference to the section it intended to cite. It is therefore ORDERED that should it wish the Court to consider its proposed instructions, Defendant shall file revised proposed jury instructions that include the specific source of each instruction on or before **January 22, 2007**.

DONE this the 17th day of January, 2007.

                    /s/ Mark E. Fuller
               CHIEF UNITED STATES DISTRICT JUDGE