**NOTICE - ALL COUNSEL OF RECORD**

**Civil Jury Term commencing January 29, 2007 before Chief Judge Mark E. Fuller**

**Patrick Bailey vs. Miltope Corporation**
**2:05CV1061-MEF**

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| Derrick Blythe, Attorney at Law | Johnston, Barton, Proctor |
| Bishop Derrick Blythe | David Wooten Proctor |
|  | Heather Fisher Lindsay |
|  | Justin Anthony Barkley |