IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK BAILEY, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 2:05-cv-1061-MEF |
| | ) |
| MILTOPE CORPORATION, | ) |
| | ) |
|    Defendant. | ) |

## **O R D E R**

The parties have informed the Court that they have agreed to a settlement. It is therefore ORDERED that:

1. The parties shall file a joint stipulation of dismissal on or before February 9, 2007.

2. All deadlines set by and proceedings before Chief United States District Judge Mark E. Fuller in this action are CONTINUED generally until further Order of this Court.

DONE this the 26th day of January, 2007.

                                                     /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE