IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK BAILEY, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO.2:05-cv-1061-MEF |
| MILTOPE CORPORATION, | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereto, by and through their undersigned counsel of record, hereby stipulate and agree that the above-styled action may be dismissed with prejudice, with each party to bear his or its own costs.

Dated this 6 day of February, 2007.

_____
Derrick Blythe
Attorney I.D. #ASB-8223-B58B
126 Marshall Street
Alexander City, Alabama 35020
(256) 234-4101
Fax: (256) 234-2044
E-mail: dblythe@earthlink.net
*Attorney for Plaintiff Patrick Bailey*

1

/s/ Heather F. Lindsay
Heather F. Lindsay
Attorney I.D. #ASB-0629-D64H
Johnston Barton Proctor & Rose LLP
1901 Sixth Avenue North, Suite 2900
Birmingham, Alabama 35203
(205) 458-9400
Fax: (205) 458-9500
E-mail: hfl@johnstonbarton.com
*Attorney for Defendant*
*Miltope Corporation*

W0589053.DOC